John Budd Company, appellant, v. Louis Mandel et al., appellees. Gen. No. 25,078.

Action by unlicensed foreign corporation to recover amount due on contract for advertising. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

Burton, Kannally & Megan, for appellant. Joseph F. Grossman, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

Fred C. Prachthauser, plaintiff, v. Mayer's Express Storage Warehouse, defendant. Mayer's Express Storage Warehouse for use of Fred C. Prachthauser, appellee, v. Northwestern Trust & Savings Bank. garnishee, appellant. Gen. No. 24,980.

Garnishment proceedings. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

I. H. Himes and Benjamin S. Mesirow, for appellant. George L. Reker, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Michael Czarnecki by Vincent Czarnecki, appellee, v. Gustav P. Bartnick, Bartnick & Son Company and Bartnick Sand & Gravel Company, appellants. Gen. No. 25,045.

Action for personal injuries resulting from collision between buggy and automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

Stoll & Shepherd, for appellants. Aaron Soble, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. William Bechtel, plaintiff in error. Gen. No. 25,824.

Conviction on charge of assault with a deadly weapon. Error to the Municipal Court of Chicago; the Hon. John Stelk, Judge, presiding. Heard in this court at the March term, 1920. Reversed. Opinion filed June 28, 1920.

Roy D. Keehn, for plaintiff in error; Edward G. Woods, of counsel. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Holdom delivered the opinion of the court.